**DUPLICATE ORIGINAL**

# United States District Court
## Central District of California

UNITED STATES OF AMERICA vs.
Defendant JULIETA CORTEZ
AKA: LIM, Julieta
T/N: Same
Residence 501 North Madison Avenue
Los Angeles, CA 90004
(323) 953-0219

ENTERED
CLERK, U.S DISTRICT COURT
MAR 1 2 2001
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

CR 99-1011 CM
Social Security # 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

Mailing Address: SAME

## JUDGMENT AND PROBATION ORDER

In the presence of the attorney for the government, Kenneth White, Esq., the defendant appeared in person, on: October 2, 2000

**COUNSEL:** XX WITH COUNSEL Mona Soo Hoo, Esq.

**PLEA:** XX GUILTY, and the Court being satisfied that there is a factual basis for the plea.

**FINDING:** There being a finding of GUILTY, defendant has been convicted as charged of the offense(s) of: False Statement, in Violation of 18 USC 1001(a)(2), as charged in Count 1 of the a Single-Count Information.

**FINE:** It is ordered, pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, as it is found that the defendant does not have the ability to pay a fine.

**SPECIAL ASSESSMENT:** It is further ordered defendant shall pay to the United States a special assessment fee of $100., which is due immediately.

**JUDGMENT AND PROBATION ORDER:**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court the defendant is hereby sentenced to:

eighteen (18) months Probation, with supervised release under the following terms and conditions: 1) Defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) Defendant shall perform 300 hours of community service, as directed by the Probation Officer; 3) Defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS) and, if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. Within seventy-two (72) hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report to the U.S. Probation Office, located at the United States Courthouse, 312 North Spring St., Room 600, Los Angeles, CA, for instructions; 4) The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification without the prior written approval of the Probation Officer; and further, the defendant shall not use, for any purpose or in any manner, any name other than her true legal name;

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: U.S. District Judge
Carlos R. Moreno

ENTER ON ICMS
MAR 1 2 2001

It is ordered that the Clerk deliver a certified copy of this document and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Dated/Filed October 2, 2000

Sherri R. Carter, Clerk of Court
By _Heidi M. Hricko_
Heidi M. Hricko, Courtroom Deputy